**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Surfside Non-Surgical Orthopedics , Plaintiff(s), v. Allscripts Healthcare Solutions Inc, Defendant(s). | Case No.  18-cv-0566 Judge  Sara L. Ellis |

## ORDER

Motion by Joel Robert Rhine for leave to appear pro hac vice [4] is granted. The initial status conference in this matter is set for 3/22/2018 at 1:30PM. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 3/15/2018.

Date:  1/29/2018                                                          /s/ Sara L. Ellis, U.S. District Judge