IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Surfside Non-Surgical Orthopedics , <br><br> Plaintiff(s), <br><br> v. <br><br> Allscripts Healthcare Solutions, Inc., <br><br> Defendant(s). | Case No. 18-cv-566 <br> Judge Sara L. Ellis |

## **ORDER**

(T:10) Motion hearing held on 6/14/2018.
Plaintiffs' motion for reconsideration and/or clarification [20] is granted. Plaintiffs' motion for leave to file Defendant's discovery responses as exhibit B to Plaintiff's motion to clarify [20] under seal [24] is granted. The clerk shall seal Exhibit B (Doc. No. 20-1) and (Doc. 24-1). Status hearing set for 7/18/2018 to stand.

Date: 6/15/2018                                                /s/ Sara L. Ellis, U.S. District Judge