IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SURFSIDE NON-SURGICAL ORTHOPEDICS, P.A., individually and on behalf of all others similarly-situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 1:18-cv-00566 |
| v. ) ) | Hon. Sara Ellis |
| ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., ) ) ) ) | Hon. Jeffrey Cole, Magistrate |
| Defendant. ) | |

## NOTICE OF PRESENTMENT

Please take notice that on June 28, 2018, at 1:45 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sara L. Ellis, Room 1403, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DEFER [DOC #36].

Dated: June 27, 2018

Respectfully submitted,

**Clifford Law Offices**

By: /s/ Shannon M. McNulty

ROBERT A. CLIFFORD (Lead Trial Attorney)
rac@cliffordlaw.com
SHANNON M. MCNULTY
smm@cliffordlaw.com
**CLIFFORD LAW OFFICES**
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 899-9090

# CERTIFICATE OF SERVICE

I, Shannon M. McNulty, an attorney, hereby certify that on June 27, 2018, I served the above and foregoing, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Shannon M. McNulty
ROBERT A. CLIFFORD (Lead Trial Attorney)
rac@cliffordlaw.com
SHANNON M. MCNULTY
smm@cliffordlaw.com
**CLIFFORD LAW OFFICES**
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 899-9090

JOHN A. YANCHUNIS
Florida Bar No. 324681
jyanchunis@ForThePeople.com
PATRICK A. BARTHLE II
Florida Bar No. 99286
pbarthle@ForThePeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

STEVEN TEPPLER
Illinois Bar Number 6301438
steppler@abbottlawpa.com
BRITTANY FORD*
Florida Bar No. 0117718
**ABBOTT LAW GROUP, P.A.**
2929 Plummer Cove Road
Jacksonville, FL 32223
Telephone: (904) 292-1111
Facsimile: (904) 292-1220

JOEL R. RHINE
North Carolina Bar Number 16028
jrr@rhinelawfirm.com
**RHINE LAW FIRM, PC**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062

*Attorneys for Plaintiffs*