UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Surfside Non−Surgical Orthopedics
                                    Plaintiff,
v.                                                      Case No.: 1:18−cv−00566
                                                        Honorable Sara L. Ellis
Allscripts Healthcare Solutions, Inc.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 28, 2018:

    MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 6/28/2018. Motion to file Exhibits A & B to tis motion to defer under seal [34] is granted. Motion to defer time to file answer and stay discovery while the Court considers its motion to dismiss for lack of jurisdiction [36] is granted. Motion to file Exhibits 1, 3, and 8 to it s motion to dismiss under seal [43] is granted. Discovery motion to be filed by 7/27/2018. Status hearing set for 8/9/2018 at 1:45 PM. Status and motion hearing dates set for 7/18/2018 are stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.