# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Surfside Non–Surgical Orthopedics

                    Plaintiff,

v.                                         Case No.: 1:18−cv−00566

                                         Honorable Sara L. Ellis

Allscripts Healthcare Solutions, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 16, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held and continued to 2/12/2018 at 9:30 a.m. for ruling on motion to dismiss. For the reasons stated on the record, Plaintiff's joint motion for discovery [71] is granted in part and denied in part. Plaintiff's motion for leave to file under seal [73] is granted. Defendant to re–file its motion to dismiss by 9/17/2018. Plaintiff's response to be filed by 10/17/2018; reply to be filed by 11/7/2018. Defendant's motion to dismiss [45] and for leave to file excess pages ][41] are stricken as moot. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.