# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SURFSIDE NON-SURGICAL )
ORTHOPEDICS P.A., individually and on )
behalf of all others similarly situated, , )

Plaintiff(s),

v.

ALLSCRIPTS HEALTHCARE SOLUTIONS, )
INC., ,

Defendant(s).

Case No. 18- C 566
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes    pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: INC's motion to dismiss for lack of subject matter jurisdiction is granted and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss.

Date: 6/4/2019 Thomas G. Bruton, Clerk of Court

Rhonda Johnson , Deputy Clerk